## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 05-cv-02675-REB-PAC

LOUIS E. RIVELLI,

    Plaintiff,

v.

CHROMA MEDICAL, INC. a/k/a CHROMA MEDICAL SYSTEMS, INC.,

    Defendant.

_____

## ORDER
_____

**Blackburn, J.**

    THIS MATTER coming before the court on the parties' Joint Motion for Administrative Closure [#13] filed February 20, 2006, and the court being advised that the parties have entered into a written settlement agreement that calls for Defendant to pay Plaintiff a certain amount in installments over time, it is hereby ORDERED as follows:

    1. That the Clerk of the Court is directed to close this civil action administratively pursuant to D.C.COLO.LCivR 41.2, subject to reopening for good cause;

    2. That for purposes of this Order, "good cause" shall be deemed to include an uncured payment default by Defendant under the terms of the parties' written settlement agreement;

    3. That in the event of such an uncured default on the part of the Defendant, Plaintiff on motion shall be entitled to the entry of judgment in the amount of the unpaid portion of the agreed-upon settlement amount;

4.  That the Scheduling/Planning conference currently set for March 24, 2006, and all related deadlines are VACATED;

5.  That upon Defendant's full payment of the agreed-upon settlement amount, the parties shall file a joint stipulation of dismissal with prejudice pursuant to Fed.R.Civ.P. 41(a), with each party to bearing his or its own costs and attorneys' fees; and

6.  That the parties' Joint Motion for Administrative Closure [#13] filed February 20, 2006, is GRANTED.

Dated February 21, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**